UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT | * * * | CIVIL ACTION NO: |
| VERSUS | * * | JUDGE: |
| MORBARK, LLC, W.L. DOGGETT, LLC d/b/a DOGGETT MACHINERY SERVICES and CATERPILLAR, INC. | * * * * | MAGISTRATE JUDGE: |

* * * * * * * * * * * * * * * * * * * * * * * * *

## CONSENT TO REMOVAL

NOW INTO COURT, through undersigned counsel, comes W.L. DOGGETT, LLC, and hereby gives notice, pursuant to 28 U.S.C. § 1446(B)(2)(A), that it consents to the removal of this case from state court to federal court.

_____
General Counsel
ATTORNEYS FOR W.L. DOGGETT, LLC

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT | * * * | CIVIL ACTION NO: |
| VERSUS | * * | JUDGE: |
| MORBARK, LLC, W.L. DOGGETT, LLC d/b/a DOGGETT MACHINERY SERVICES and CATERPILLAR, INC. | * * * * | MAGISTRATE JUDGE: |

* * * * * * * * * * * * * * * * * * * * * * * * *

## CONSENT TO REMOVAL

NOW INTO COURT, through undersigned counsel, comes MORBARK, LLC, and hereby gives notice, pursuant to 28 U.S.C. § 1446(B)(2)(A), that it consents to the removal of this case from state court to federal court.

/s/ Paul M. Lavelle
Paul M. Lavelle (08134)
plavelle@cottenschmidt.com
Sarah P. Reid (33311)
sreid@cottenschmidt.com
COTTEN SCHMIDT, LLP
650 Poydras Street, Suite 1950
New Orleans, Louisiana 70130
Telephone (504) 568.9393
Facsimile (504) 524.1933
ATTORNEYS FOR MORBARK, LLC