UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT | * * * | CIVIL ACTION NO: 6:22-cv-00146 |
| VERSUS | * * | JUDGE: |
| MORBARK, LLC, W.L. DOGGETT, LLC d/b/a DOGGETT MACHINERY SERVICES and CATERPILLAR, INC. | * * * * | MAGISTRATE JUDGE: |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Caterpillar Inc. submits this Corporate Disclosure Statement, stating that there is no parent corporation of Caterpillar Inc. or any publicly held corporation that owns 10% or more of Caterpillar Inc.'s stock.

/s/ *Deirdre C. McGlinchey*
Deirdre C. McGlinchey (24167) (T.A.)
dmcglinchey@mcglinchey.com
Patrick J. O'Cain (20993)
pocain@mcglinchey.com
Farren L. Davis (38714)
fdavis@mcglinchey.com
McGlinchey Stafford, PLLC
601 Poydras Street, Floor 12
New Orleans, Louisiana 70130
Telephone (504) 586.1200
COUNSEL FOR CATERPILLAR INC.

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing pleading has been served by filing it with the court's electronic filing system on January 18, 2022; that all parties to this case are electronic filers; and that all parties will therefore receive notice through the court's electronic filing system.

                                */s/ Deirdre C. McGlinchey*
                                DEIRDRE C. MCGLINCHEY

- 3 -

Case 6:22-cv-00146-MJJ-CBW   Document 2   Filed 01/18/22   Page 3 of 3 PageID #: 17

- 3 -