## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

**LAFAYETTE CITY-PARISH**     **CASE NO.  6:22-CV-00146**
**CONSOLIDATED GOVERNMENT**

**VERSUS**          **JUDGE JUNEAU**

**MORBARK L L C ET AL**     **MAGISTRATE JUDGE CAROL B.**
               **WHITEHURST**

## REMOVAL ORDER

    Considering the removal of this action, formerly Case No. C-20216667, 15th Judicial District Court, Parish of Lafayette, under 28 U.S.C. 1447(b) and the obligation of this Court to proceed with the litigation, it is necessary that the Court have a complete record of all proceedings in the State Court as well as an opportunity to consider those matters not previously ruled upon by the State Court, and accordingly,

    IT IS ORDERED that:

(1)  Within thirty (30) days the party who removed this action shall electronically file with the Clerk of Court:

    (a)  a list of all attorneys involved in the case and the parties they represent,

    (b)  copies or electronic images of all records and proceedings occurring in the State Court prior to removal, arranged by order of filing date,

    (c)  a list of all documents included in the State Court record, **arranged by order of filing date,**

    (d)  a certificate by counsel that the above constitutes the entire State Court record.

    **NOTE: If (a), (b), (c) and (d) above have already been filed, duplicates are unnecessary.**

(2)  If motions or exceptions were pending in State Court at the time of removal, such motions or exceptions must be refiled in proper form and in accordance with LR 7. Counsel may adopt by reference a brief or memorandum previously filed in State Court.  Failure to refile these motions or exceptions will constitute their abandonment as if they were never filed.

(3)     If funds are being held by the State Court for benefit of the litigants, counsel for the removing defendant is directed to make arrangements to have such funds paid into the registry of this Court.  Please note that this only applies to what is commonly known as "registry funds."  Funds on deposit with the State Court to cover accrued costs **should not be transferred to Federal Court.**

IT IS FURTHER ORDERED that any attorney appearing as counsel of record in this action who is not presently admitted to practice before the United States District Court for the Western District of Louisiana exercise one of the following options within twenty (20) days:

(1)     File an Application to Practice in this Court;

(2)     File a Motion for Admission Pro Hac Vice pursuant to Local Rule 83.2.6; or

(3)     Secure substitute counsel admitted to practice in this court for the party presently being represented.

THUS DONE in Chambers on this _____ day of _____, 2022.


_____
Carol B. Whitehurst
United States Magistrate Judge