UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT | * * * | CIVIL ACTION NO: 6:22-CV-00146 |
| VERSUS | * * | JUDGE JUNEAU |
| MORBARK, LLC, W.L. DOGGETT, LLC d/b/a DOGGETT MACHINERY SERVICES and CATERPILLAR, INC. | * * * * | MAGISTRATE JUDGE CAROL B. WHITEHURST |

* * * * * * * * * * * * * * * * * * * * * * * * *

### RESPONSE TO "REMOVAL ORDER" (DOC. 4)

NOW INTO COURT, through undersigned counsel, comes defendant Caterpillar Inc. ("Caterpillar"), and in response to the Court's "Removal Order" (Doc. 4) submits the following:

**1(a).   A list of all attorneys now involved in the case and the parties they represent:**

**Representing the plaintiff, Lafayette City-Parish Consolidated Government:**

Michael O. Adley, Esq.
michaeladley@gibsonlawpartners.com
Alan W. Stewart, Esq.
alanstewart@gibsonlawpartners.com
Gibson Law Partners, LLC
2448 Johnson Street (70503)
P.O. Box 52124
Lafayette, Louisiana 70505
Telephone:  (337) 761.6023

**Representing the defendant, Caterpillar Inc.:**
Deirdre C. McGlinchey (24167) (T.A.)
dmcglinchey@mcglinchey.com
Patrick J. O'Cain (20993)
pocain@mcglinchey.com
Farren L. Davis (38714)
fdavis@mcglinchey.com
McGlinchey Stafford, PLLC

      601 Poydras Street, Floor 12
      New Orleans, Louisiana 70130
      Telephone (504) 586.1200

      **Representing the defendant, Morbark LLC:**

      Paul M. Lavelle, Esq.
      plavelle@cottenschmidt.com
      Sarah P. Reid, Esq.
      sreid@cottenschmidt.com
      Cotton Schmidt, LLP
      650 Poydras Street, Suite 1950
      New Orleans, Louisiana 70130
      Telephone:  (504) 568.9393

      **Representing the defendant, W.L. Doggett, LLC:**
      Undetermined at this time

**1(b).** **Copies of all records and proceedings occurring the State Court prior to removal, arranged by order of filing date:**

Attached to this pleading ("State Court Record as of January 21, 2022").

**1(c).** **A list of all documents included in the State Court record, arranged by order of filing date:**

- 12/29/21 letter to clerk of court;
- 12/29/21 "Louisiana Civil Case Reporting Civil Case Cover Sheet";
- 12/29/21 "Petition for Redhibition and Damages";
- 12/29/21 "Request for Notice of Trial Date, Etc.";
- 01/18/22 "Notice of Removal of Case to Federal Court," with exhibits.

**1(d).** **Certificate by counsel.**

Undersigned counsel certifies that the above constitutes the entire State Court record as of January 21, 2022.

**2.** **Motions or exceptions pending in State Court at the time of removal:**

None.

**3.** **Funds being held by State Court for benefit of the litigants:**

None.

/s/ *Patrick J. O'Cain*
Deirdre C. McGlinchey (24167) (T.A.)
dmcglinchey@mcglinchey.com
Patrick J. O'Cain (20993)
pocain@mcglinchey.com
Farren L. Davis (38714)
fdavis@mcglinchey.com
McGlinchey Stafford, PLLC
601 Poydras Street, Floor 12
New Orleans, Louisiana 70130
Telephone (504) 586.1200
COUNSEL FOR CATERPILLAR INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served by filing it with the Court's electronic-filing system.

*/s/ Patrick J. O'Cain*
PATRICK J. O'CAIN