Lafayette Parish
Filed Dec 29, 2021 10:59 AM     C-20216667
Simone Vaughan
Deputy Clerk of Court



## GIBSON LAW PARTNERS

### ATTORNEYS AT LAW

December 29, 2021

Honorable Louis J. Perret
Lafayette Parish Clerk of Court
800 South Buchanan St.
Lafayette, LA. 70501-6853

Re     Lafayette City-Parish Consolidated Government v Morbark, LLC, et al
       15th JDC, Lafayette Parish

Dear Mr. Perret:

Enclosed herewith for filing on behalf of Lafayette City-Parish Consolidated Government are the following:

1. Louisiana Civil Case Reporting Sheet;
2. Petition for Redhibition and Damages;
3. Request for Notice of Trial Date, Etc.

Please file into the court record, forward to the appropriate judge for consideration, serve as requested, notify me of the dates and types of service and return a file stamped conformed copy to the undersigned for completion of my file.

Plaintiff herein is a governmental entity, therefore no court costs are required at this time.

Very truly yours,

Michael O. Adley
Alan W. Stewart
Direct Dial # 337-761-6025
Fax # 337-761-6061
Email: michaeladley@gibsonlawpartners.com
Email: alanstewart@gibsonlawpartners.com

CONFORMED COPY MAILED
December 30, 2021     KL

Enclosures

**2448 Johnston Street - P.O. Box 52124 (70505) Lafayette, LA 70503**
**Telephone: 337-761-6023 Facsimile: 337-761-6061**

**STAMPED COPY GIVEN**

Lafayette Parish
Filed Dec 29, 2021 10:59 AM   **C-20216667**
Simone Vaughan
Deputy Clerk of Court

## LOUISIANA CIVIL CASE REPORTING
### Civil Case Cover Sheet - LA. R.S. 13:4688 and
### Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

Lafayette City-Parish Consolidated Government   vs.   Morbark, LLC, W.L. Doggett, LLC d/b/a Doggett Machinery Services and Caterpillar, Inc.

**Court:** 15th JDC          **Docket Number:** C-20216667

**Parish of Filing:** Lafayette      **Filing Date:** 12/29/2021

**Name of Lead Petitioner's Attorney:** Michael O. Adley

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1      **Number of named defendants:** 3

**Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

- [ ] Auto: Personal Injury
- [ ] Auto: Wrongful Death
- [ ] Asbestos: Property Damage
- [ ] Product Liability
- [ ] Intentional Bodily Injury
- [ ] Intentional Wrongful Death
- [ ] Business Tort
- [ ] Defamation
- [ ] Environmental Tort
- [ ] Intellectual Property
- [ ] Legal Malpractice
- [ ] Other Professional Malpractice
- [ ] Maritime
- [ ] Wrongful Death
- [ ] General Negligence

- [ ] Auto: Property Damage
- [ ] Auto: Uninsured Motorist
- [ ] Asbestos: Personal Injury/Death
- [ ] Premise Liability
- [ ] Intentional Property Damage
- [ ] Unfair Business Practice
- [ ] Fraud
- [ ] Professional Negligence
- [ ] Medical Malpractice
- [ ] Toxic Tort
- [ ] Other Tort (describe below)
- [x] Redhibition
- [ ] Class action (nature of case)

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Redhibition claim for Morbark 11000 Tub Grinder

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

**Name** Michael O Adley        **Signature** _____

**Address** 2448 Johnston St., Lafayette, LA   70503

**Phone number:** 337-761-6023     **E-mail address:** michaeladley@gibsonlawpartners.com

Lafayette Parish
Filed Dec 29, 2021 10:59 AM   C-20216667
Simone Vaughan
Deputy Clerk of Court

**LAFAYETTE CITY-PARISH
CONSOLIDATED GOVERNMENT**

**V.**

**MORBARK, LLC, W. L. DOGGETT, LLC
d/b/a DOGGETT MACHINERY SERVICES
and CATERPILLAR, INC.**

DOCKET NO. _____

**15TH JUDICIAL DISTRICT COURT**

**PARISH OF LAFAYETTE**

**STATE OF LOUISIANA**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PETITION FOR REDHIBITION AND DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT (hereinafter "LCG"), who avers as follows:

### Defendants

1.

Made Defendants herein are:

a. **Morbark, LLC ("Morbark")**, a foreign limited liability company with its principal business establishment in Louisiana located at 501 Louisiana Avenue Baton Rouge, Louisiana 70802.

b. **W.L. Dogget, LLC d/b/a Doggett Machinery Services, LLC ("Dogget")**, a foreign limited liability company with its principal business establishment in Louisiana located at 1011 Daradele Avenue, Baton Rouge, LA 70816.

c. **Caterpillar, Inc. ("CAT")**, a foreign business corporation with its principal business establishment in Louisiana located at 501 Louisiana Avenue Baton Rouge, Louisiana 70802.

### Factual Background

2.

On or about July 6, 2020, LCG purchased a Morbark 1100 Tub Grinder (hereinafter "Tub Grinder") from Doggett for $680,000.00. The Tub Grinder was manufactured by Morbark. Its engine was manufactured and supplied by CAT.

3.

Doggett delivered the Tub Grinder to Lafayette, Louisiana, on or about July 6, 2020.

4.

LCG intended to use the Tub Grinder to compost yard waste dropped off by Lafayette Parish residents. LCG receives revenue for each cubic yard of yard waste received.

1

5.

Since July 6, 2020, LCG has experienced (and continues to experience) numerous problems with the Tub Grinder, including but not limited to malfunctions with the Tub Grinder's engine belt, belt wheel assembly, motors, torque limiter sensors, hydraulic hoses, grinding tips, nuts, bolts, welds, seals, rubber gaskets, alternator, fan assembly, deflector shield, AC compressor, AC dryer, main monitor, and engine.

6.

LCG provided notice to Defendants of these problems. Defendants attempted repairs to the Tub Grinder on numerous occasions to no avail, most recently on October 7, 2021.

7.

LCG incurred costs and expenses attempting to fix/repair these problems with the Tub Grinder.

8.

Because these problems have rendered the Tub Grinder inoperable, LCG had to rent a replacement Tub Grinder on multiple occasions at LCG's own cost.

9.

LCG lost revenue whenever the Tub Grinder was inoperable.

### Warranty Against Redhibitory Defects

10.

LCG adopts and re-urges the allegations and information contained in Paragraphs 1-9 above.

11.

Pursuant to Louisiana Civil Code article 2520, Defendants breached the warranty against redhibitory defects and are liable jointly and in solido.

12.

The above-cited problems with the Tub Grinder are redhibitory defects that render the Tub Grinder useless. The defects also make use of the Tub Grinder so inconvenient that LCG would not have purchased the Tub Grinder had it known of the defects.

13.

These redhibitory defects existed at the time of manufacture and delivery of the Tub Grinder to LCG.

2

14.

These redhibitory defects were not known to LCG at the time of the sale of the Tub Grinder, nor could the defects have been discovered by LCG prior to the sale.

15.

Because of these redhibitory defects, LCG is entitled to obtain rescission of the sale of the Tub Grinder pursuant to Louisiana Civil Code article 2520.

16.

Because Defendants were unable to repair or remedy the redhibitory defects, LCG is entitled to a return of the purchase price of the Tub Grinder with interest pursuant to Louisiana Civil Code article 2531.

17.

LCG is also entitled to reimbursement for the reasonable expenses occasioned by the sale and the costs it incurred to preserve the Tub Grinder, including expenses LCG incurred in maintaining, repairing, and/or attempting to repair the Tub Grinder pursuant to Louisiana Civil Code article 2531 as well as all damages provided for by Louisiana Code of Civil Procedure article 2545, including but not limited to lost profits and attorney's fees.

**Breach of the Warranty of Fitness**

18.

LCG adopts and re-urges the allegations and information contained in Paragraphs 1-17 above.

19.

Pursuant to Louisiana Civil Code article 2524, Defendants also breached the warranty of fitness and are liable jointly and in solido.

20.

Because of the above-mentioned problems, the Tub Grinder was not reasonably fit for its ordinary use.

21.

The Tub Grinder was also not fit for LCG's intended use or particular purpose. Defendants knew both LCG's intended use and particular purpose of the Tub Grinder, and LCG relied upon Defendants in selecting the Tub Grinder.

3

22.

Accordingly, Defendants is liable to LCG for the following damages:

(a) reimbursement of the purchase price of the Tub Grinder, plus interest;

(b) costs and expenses incurred in repairing and/or attempting to repair the Tub Grinder (past, present, and future);

(c) costs and expenses incurred in renting replacement Tub Grinders (past, present, and future); and

(d) lost revenue resulting from inoperation of the Tub Grinder (past, present, and future).

## Warranty Against Hidden Defects

23.

LCG adopts and re-urges the allegations and information contained in Paragraphs 1-22 above.

24.

Pursuant to Louisiana Civil Code article 2475, Defendants are liable to LCG, jointly and in solido, because these defects in the Tub Grinder were hidden from LCG.

25.

Accordingly, Defendants are liable to LCG for the following damages:

(a) reimbursement of the purchase price of the Tub Grinder, plus interest;

(b) costs and expenses incurred in repairing and/or attempting to repair the Tub Grinder (past, present, and future);

(c) costs and expenses incurred in renting replacement Tub Grinders (past, present, and future); and

(d) lost revenue resulting from inoperation of the Tub Grinder (past, present, and future).

## Legal Interest and Costs

26.

LCG adopts and re-urges the allegations and information contained in Paragraphs 1-25 above.

27.

LCG requests legal interest from the date of judicial demand and all costs of these proceedings.

WHEREFORE, premises considered, Plaintiff, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT ("LCG"), respectfully prays for the following:

4

(a) that Defendants be served with this petition and be duly cited to appear and answer these allegations;

(b) that, after due proceedings are had, judgment be rendered in favor of LCG and against Defendants, jointly and in solido, for the following:

    a.  rescission of the sale of the Tub Grinder, with interest to be paid to LCG;
    b.  a reasonable amount of damages to be fixed by the Court;
    c.  attorneys' fees;
    d.  legal interest from the date of judicial demand until paid; and
    e.  all costs of court for these proceedings; and

(c) for all general and equitable relief deemed proper in the premises.

Respectfully submitted,

GIBSON LAW PARTNERS, LLC
Attorneys at Law

MICHAEL O. ADLEY (#37069)
ALAN W. STEWART (#34107)
2448 Johnston Street (70503)
Post Office Box 52124
Lafayette, LA 70505
Direct Dial: 337-761-6033
Facsimile: 337-761-6061
Email: michaeladley@gibsonlawpartners.com
Email: alanstewart@gibsonlawpartners.com
*Attorneys for plaintiff Lafayette City-Parish Consolidated Government*

**PLEASE SERVE:**

**W. L. DOGGETT, LLC**
*Through registered agent:*
C T CORPORATION SYSTEM
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**MORBARK, LLC**
*Through registered agent:*
C T CORPORATION SYSTEM
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**CATERPILLAR, INC.**
*Through registered agent:*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

5

Lafayette Parish
Filed Dec 29, 2021 10:59 AM    C-20216667
Simone Vaughan
Deputy Clerk of Court

**LAFAYETTE CITY-PARISH**
**CONSOLIDATED GOVERNMENT**

DOCKET NO. _____

**V.**

**15TH JUDICIAL DISTRICT COURT**

**PARISH OF LAFAYETTE**

**W. L. DOGGETT, LLC d/b/a DOGGETT**
**MACHINERY SERVICES**

**STATE OF LOUISIANA**

---

### REQUEST FOR NOTICE OF TRIAL DATE, ETC.

PLEASE TAKE NOTICE that MICHAEL O. ADLEY and ALAN W. STEWART, attorneys for plaintiff Lafayette City-Parish Consolidated Government, do hereby request written notice of the date of trial of the above matter, as well as notice of all hearings (whether on merits or otherwise), orders, judgments and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge or any member of the Court or Clerk of Court's office, as provided in Louisiana Code of Civil Procedure Articles 1572, 1913 and 1914.

Respectfully submitted,

GIBSON LAW PARTNERS, LLC
Attorneys at Law

MICHAEL O. ADLEY (#37009)
ALAN W. STEWART (#34107)
2448 Johnston Street (70503)
Post Office Box 52124
Lafayette, LA 70505
Direct Dial: 337-761-6033
Facsimile: 337-761-6061
Email: michaeladley@gibsonlawpartners.com
Email: alanstewart@gibsonlawpartners.com
*Attorneys for plaintiff Lafayette City-Parish*
*Consolidated Government*

1

Lafayette Parish
Filed Jan 18, 2022 3:53 PM
Simone Vaughan
Deputy Clerk of Court
E-File Received Jan 18, 2022 3:11 PM

C-20216667

### FIFTEENTH JUDICIAL DISTRICT COURT

### PARISH OF LAFAYETTE

### STATE OF LOUISIANA

CIVIL ACTION NO. 2021-6667                                   DIVISION "I"

### LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT

### VERSUS

### MORBARK, LLC, W.L. DOGGETT, LLC d/b/a DOGGETT MACHINERY SERVICES and CATERPILLAR, INC.

FILED _____                    DEPUTY CLERK _____

### NOTICE OF REMOVAL OF CASE TO FEDERAL COURT

Defendant, CATERPILLAR INC. ("Caterpillar"), hereby gives notice that on January 18,

2022, Caterpillar filed a notice of removal of this case from this Court to the United States District

Court for the Western District of Louisiana. *See* Removal Notice, attached as Exhibit "1."

*/s/ Deirdre C. McGlinchey*
Deirdre C. McGlinchey (24167) (T.A.)
dmcglinchey@mcglinchey.com
Patrick J. O'Cain (20993)
pocain@mcglinchey.com
Farren L. Davis (38714)
fdavis@mcglinchey.com
McGlinchey Stafford, PLLC
601 Poydras Street, Floor 12
New Orleans, Louisiana 70130
Telephone (504) 586.1200
COUNSEL FOR CATERPILLAR INC.

Lafayette Parish
Filed Jan 18, 2022 3:53 PM
Simone Vaughan
Deputy Clerk of Court
E-File Received Jan 18, 2022 3:11 PM

C-20216667

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on:

> Michael O. Adley, Esq.
> michaeladley@gibsonlawpartners.com
> Alan W. Stewart, Esq.
> alanstewart@gibsonlawpartners.com
> Gibson Law Partners, LLC
> 2448 Johnson Street (70503)
> P.O. Box 52124
> Lafayette, Louisiana 70505
> COUNSEL FOR PLAINTIFF
>
> Paul M. Lavelle, Esq.
> plavelle@cottenschmidt.com
> Sarah P. Reid, Esq.
> sreid@cottenschmidt.com
> Cotten Schmidt, LLP
> 650 Poydras Street, Suite 1950
> New Orleans, Louisiana 70130
> ATTORNEYS FOR MORBARK, LLC
>
> Andre deLaunay, Esq.
> andre.delaunay@doggett.com
> 9111 North Freeway
> Houston, Texas 77037
> GENERAL COUNSEL FOR W.L. DOGGETT, LLC

by "e-mail" and by depositing a copy of same, postage prepaid and duly addressed, in the U.S.

Mail, this January 18, 2022.

> /s/ Deirdre C. McGlinchey
> DEIRDRE C. MCGLINCHEY

Case 6:22-cv-00146    Document 1    Filed 01/18/22    Page 1 of 5 PageID #: 1

Lafayette Parish
Filed Jan 18, 2022 3:53 PM    **C-20216667**
Simone Vaughan                        I
Deputy Clerk of Court
E-File Received Jan 18, 2022 3:11 PM

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | | |
|---|---|---|
| LAFAYETTE CITY-PARISH | * | CIVIL ACTION NO: |
| CONSOLIDATED GOVERNMENT | * | |
| | * | |
| VERSUS | * | JUDGE: |
| | * | |
| MORBARK, LLC, W.L. DOGGETT, LLC | * | |
| d/b/a DOGGETT MACHINERY SERVICES | * | MAGISTRATE JUDGE: |
| and CATERPILLAR, INC. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **NOTICE OF REMOVAL**

TO:    United States District Court
        Western District of Louisiana

        Pursuant to 28 U.S.C. §§ 1332 and 1441, defendant, CATERPILLAR INC. ("Caterpillar")

(erroneously identified in the plaintiff's "Petition for Redhibition and Damages" as "Caterpillar,

Inc."), hereby gives notice of its removal of this civil action from the Fifteenth Judicial District

Court for the Parish of Lafayette, State of Louisiana, Civil Action No. 2021-6667, to the United

States District Court for the Western District of Louisiana.

I.

        Plaintiff filed its "Petition for Redhibition and Damages" in the Fifteenth Judicial District

Court for the Parish of Lafayette, State of Louisiana, on December 29, 2021. A copy of plaintiff's

petition is attached to this notice as Exhibit "A."

II.

        Caterpillar, through its registered agent for service of process, was served with plaintiff's

petition on January 4, 2022.

ClerkConnect Document Viewer 146-MJJ-CBW   Document 5-1   Filed 01/21/22   Page 12 of 24   PageID #: 36   ImageViewer/PrintImage.aspx

Case 6:22-cv-00146   Document 1   Filed 01/18/22   Page 2 of 5 PageID #: 2

Morbark, LLC, through its registered agent for service of process, was served with plaintiff's petition on January 4, 2022.

W.L. Doggett, LLC, through its registered agent for service of process, was served with plaintiff's petition on January 4, 2022.

Accordingly, this Notice of Removal is filed within the time period prescribed by 28 U.S.C. §1446(b). *See, Yu-Wen Chiu v. Lincoln,* 2018 WL 4205423 (E.D. La. 9/4/18) (citing *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344, 347-48 (1999) ("defendant's time to remove is triggered by simultaneous service of the summons and complaint, or receipt of the complaint, through service or otherwise, after and apart from service of the summons, but not by mere receipt of the complaint unattended by any formal service").

III.

The action is one of a civil nature that alleges the liability of Caterpillar; Morbark, LLC; and W.L. Doggett, LLC, to plaintiff.

IV.

The matter in dispute reasonably appears to seek damages in excess of seventy-five thousand dollars, exclusive of interest and costs. Plaintiff seeks to rescind the sale and recover the purchase price of a piece of machinery whose alleged purchase price was $680,000.00. Plaintiff also seeks to recover damages and attorney fees. *See* Exhibit "A" (petition).

V.

Plaintiff, Lafayette City-Parish Consolidated Government, is a Louisiana municipal corporation and a citizen of the State of Louisiana.

VI.

Caterpillar Inc. is a Delaware corporation with its principal place of business in Illinois.

ClerkConnect Document Viewer                    http://clerkconnect.lacler.com/ImageViewer/PrintImage.aspx

Morbark, LLC is a Michigan limited liability company whose sole member is Alamo Group (USA) Inc., a Delaware corporation with its principal place of business in Texas.

W.L. Doggett, LLC is a Texas limited liability company whose sole member is Mr. Wm. Leslie Doggett, Sr., a citizen of Texas.

## VII.

Complete diversity of citizenship therefore exists between the plaintiff and all named defendants.

## VIII.

As indicated by the Notices of Consent, attached to this pleading, both Morbark LLC and W.L. Doggett, LLC consent to the removal of this case to federal court.  *See* Exhibit "B" (notice of consent signed by Andre Delaunay, general counsel for W.L. Doggett, LLC; and notice of consent signed by Paul M. Lavelle, counsel for Morbark, LLC).  The requirements of 28 U.S.C. 1446(B)(2)(A) have thus been satisfied, in that "all defendants who have been properly joined and served . . . consent to the removal of the action."

## IX.

This matter is removable pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1441.

WHEREFORE, Caterpillar Inc. gives notice of removal of the above captioned case from state court to this Court.

/s/ *Deirdre C. McGlinchey*
Deirdre C. McGlinchey (24167) (T.A.)
dmcglinchey@mcglinchey.com
Patrick J. O'Cain (20993)
pocain@mcglinchey.com
Farren L. Davis (38714)
fdavis@mcglinchey.com
McGlinchey Stafford, PLLC
601 Poydras Street, Floor 12
New Orleans, Louisiana 70130
Telephone (504) 586.1200
COUNSEL FOR CATERPILLAR INC.

Lafayette Parish
**C-20216667**
Filed Jan 18, 2022 3:53 PM                                  I
Simone Vaughan
Deputy Clerk of Court
E-File Received Jan 18, 2022 3:11 PM

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on:

Michael O. Adley, Esq.
michaeladley@gibsonlawpartners.com
Alan W. Stewart, Esq.
alanstewart@gibsonlawpartners.com
Gibson Law Partners, LLC
2448 Johnson Street (70503)
P.O. Box 52124
Lafayette, Louisiana 70505
COUNSEL FOR PLAINTIFF

Paul M. Lavelle, Esq.
plavelle@cottenschmidt.com
Sarah P. Reid, Esq.
sreid@cottenschmidt.com
Cotton Schmidt, LLP
650 Poydras Street, Suite 1950
New Orleans, Louisiana 70130
ATTORNEYS FOR MORBARK, LLC

Andre deLaunay, Esq.
andre.delaunay@doggett.com
9111 North Freeway
Houston, Texas 77037
GENERAL COUNSEL FOR W.L. DOGGETT, LLC

by "e-mail" and by depositing a copy of same, postage prepaid and duly addressed, in the U.S.

Mail, this January 18, 2022.

                                        /s/ Deirdre C. McGlinchey
                                        DEIRDRE C. MCGLINCHEY

Case 6:22-cv-00146   Document 1-1   Filed 01/18/22   Page 1 of 2 PageID #:  6

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Lafayette City-Parish Consolidated Government

### DEFENDANTS

Morbark, LLC; W.L. Doggett, LLC; Caterpillar Inc.

**(b)** County of Residence of First Listed Plaintiff  Lafayette Parish, LA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Isabella County, MI
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

See attachment

Attorneys *(If Known)*

See attachment

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1  U.S. Government Plaintiff | ☐ 3  Federal Question *(U.S. Government Not a Party)* | |
| ☐ 2  U.S. Government Defendant | ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)* | |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | ☐ 367 Health Care/ Pharmaceutical | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury Product Liability | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | |
| ☒ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 720 Labor/Management Relations | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 740 Railway Labor Act | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 751 Family and Medical Leave Act | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 791 Employee Retirement Income Security Act | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 871 IRS—Third Party 26 USC 7609 | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | **IMMIGRATION** | |
| | | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | |
| | | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | |

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File | |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332

Brief description of cause:
Recdistration/breach of warranty cause involving machinery

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
>$580,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*

JUDGE

DOCKET NUMBER

DATE  1/18/21

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #        AMOUNT         APPLYING IFP          JUDGE          MAG. JUDGE

Lafayette Parish
Filed Jan 18, 2022 3:53 PM
Simone Vaughan
Deputy Clerk of Court
E-File Received Jan 18, 2022 3:11 PM

C-20216667

ATTORNEY LIST

Michael O. Adley
michaeladley@gibsonlawpartners.com
Alan W. Stewart
alanstewart@gibsonlawpartners.com
Gibson Law Partners, LLC
2448 Johnston Street (70503)
P.O. Box 52124
Lafayette, Louisiana 70505
Telephone (337) 761.6033
ATTORNEYS FOR PLAINTIFF,
LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT

Deirdre C. McGlinchey
dmcglinchey@mcglinchey.com
Patrick J. O'Cain
pocain@mcglinchey.com
Farren L. Davis
fdavis@mcglinchey.com
McGlinchey Stafford, PLLC
601 Poydras Street, Floor 12
New Orleans, Louisiana 70130
Telephone (504) 586.1200
ATTORNEYS FOR CATERPILLAR INC.

Paul M. Lavelle
plavelle@cottenschmidt.com
Sarah P. Reid
sreid@cottenschmidt.com
Cotton Schmidt, LLP
650 Poydras Street, Suite 1950
New Orleans, Louisiana 70130
Telephone (504) 568.9393
ATTORNEYS FOR MORBARK, LLC

The attorneys who will be representing W.L. Doggett, LLC are not yet known.

Case 6:22-cv-00146   Document 1-2   Filed 01/18/22   Page 1 of 5 PageID #:  8

Lafayette Parish
Filed Dec 29, 2021 10:59 AM     C-20216667
Simone Vaughan
Deputy Clerk of Court

| | |
|---|---|
| **LAFAYETTE CITY-PARISH**<br>**CONSOLIDATED GOVERNMENT** | **DOCKET NO.** _____ |
| **V.** | **15TH JUDICIAL DISTRICT COURT** |
| | **PARISH OF LAFAYETTE** |
| **MORBARK, LLC, W. L. DOGGETT, LLC**<br>**d/b/a DOGGETT MACHINERY SERVICES**<br>**and CATERPILLAR, INC.** | **STATE OF LOUISIANA** |

**************************************************************************

## PETITION FOR REDHIBITION AND DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT (hereinafter "LCG"), who avers as follows:

### Defendants

1.

Made Defendants herein are:

a.  **Morbark, LLC ("Morbark")**, a foreign limited liability company with its principal business establishment in Louisiana located at 501 Louisiana Avenue Baton Rouge, Louisiana 70802.

b.  **W.L. Doggett, LLC d/b/a Doggett Machinery Services, LLC ("Doggett")**, a foreign limited liability company with its principal business establishment in Louisiana located at 1011 Daradele Avenue, Baton Rouge, LA 70816.

c.  **Caterpillar, Inc. ("CAT")**, a foreign business corporation with its principal business establishment in Louisiana located at 501 Louisiana Avenue Baton Rouge, Louisiana 70802.

### Factual Background

2.

On or about July 6, 2020, LCG purchased a Morbark 1100 Tub Grinder (hereinafter "Tub Grinder") from Doggett for $680,000.00. The Tub Grinder was manufactured by Morbark. Its engine was manufactured and supplied by CAT.

3.

Doggett delivered the Tub Grinder to Lafayette, Louisiana, on or about July 6, 2020.

4.

LCG intended to use the Tub Grinder to compost yard waste dropped off by Lafayette Parish residents. LCG receives revenue for each cubic yard of yard waste received.

1

5.

Since July 6, 2020, LCG has experienced (and continues to experience) numerous problems with the Tub Grinder, including but not limited to malfunctions with the Tub Grinder's engine belt, belt wheel assembly, motors, torque limiter sensors, hydraulic hoses, grinding tips, nuts, bolts, welds, seals, rubber gaskets, alternator, fan assembly, deflector shield, AC compressor, AC dryer, main monitor, and engine.

6.

LCG provided notice to Defendants of these problems.  Defendants attempted repairs to the Tub Grinder on numerous occasions to no avail, most recently on October 7, 2021.

7.

LCG incurred costs and expenses attempting to fix/repair these problems with the Tub Grinder.

8.

Because these problems have rendered the Tub Grinder inoperable, LCG had to rent a replacement Tub Grinder on multiple occasions at LCG's own cost.

9.

LCG lost revenue whenever the Tub Grinder was inoperable.

**Warranty Against Redhibitory Defects**

10.

LCG adopts and re-urges the allegations and information contained in Paragraphs 1-9 above.

11.

Pursuant to Louisiana Civil Code article 2520, Defendants breached the warranty against redhibitory defects and are liable jointly and in solido.

12.

The above-cited problems with the Tub Grinder are redhibitory defects that render the Tub Grinder useless.  The defects also make use of the Tub Grinder so inconvenient that LCG would not have purchased the Tub Grinder had it known of the defects.

13.

These redhibitory defects existed at the time of manufacture and delivery of the Tub Grinder to LCG.

2

14.

These redhibitory defects were not known to LCG at the time of the sale of the Tub Grinder, nor could the defects have been discovered by LCG prior to the sale.

15.

Because of these redhibitory defects, LCG is entitled to obtain rescission of the sale of the Tub Grinder pursuant to Louisiana Civil Code article 2520.

16.

Because Defendants were unable to repair or remedy the redhibitory defects, LCG is entitled to a return of the purchase price of the Tub Grinder with interest pursuant to Louisiana Civil Code article 2531.

17.

LCG is also entitled to reimbursement for the reasonable expenses occasioned by the sale and the costs it incurred to preserve the Tub Grinder, including expenses LCG incurred in maintaining, repairing, and/or attempting to repair the Tub Grinder pursuant to Louisiana Civil Code article 2531 as well as all damages provided for by Louisiana Code of Civil Procedure article 2545, including but not limited to lost profits and attorney's fees.

### Breach of the Warranty of Fitness

18.

LCG adopts and re-urges the allegations and information contained in Paragraphs 1-17 above.

19.

Pursuant to Louisiana Civil Code article 2524, Defendants also breached the warranty of fitness and are liable jointly and in solido.

20.

Because of the above-mentioned problems, the Tub Grinder was not reasonably fit for its ordinary use.

21.

The Tub Grinder was also not fit for LCG's intended use or particular purpose. Defendants knew both LCG's intended use and particular purpose of the Tub Grinder, and LCG relied upon Defendants in selecting the Tub Grinder.

3

Case 6:22-cv-00146   Document 1-2   Filed 01/18/22   Page 4 of 5 PageID #:  11

22.

Accordingly, Defendants is liable to LCG for the following damages:

(a) reimbursement of the purchase price of the Tub Grinder, plus interest;

(b) costs and expenses incurred in repairing and/or attempting to repair the Tub Grinder (past, present, and future);

(c) costs and expenses incurred in renting replacement Tub Grinders (past, present, and future); and

(d) lost revenue resulting from inoperation of the Tub Grinder (past, present, and future).

## Warranty Against Hidden Defects

23.

LCG adopts and re-urges the allegations and information contained in Paragraphs 1-22

above.

24.

Pursuant to Louisiana Civil Code article 2475, Defendants are liable to LCG, jointly and

in solido, because these defects in the Tub Grinder were hidden from LCG.

25.

Accordingly, Defendants are liable to LCG for the following damages:

(a) reimbursement of the purchase price of the Tub Grinder, plus interest;

(b) costs and expenses incurred in repairing and/or attempting to repair the Tub Grinder (past, present, and future);

(c) costs and expenses incurred in renting replacement Tub Grinders (past, present, and future); and

(d) lost revenue resulting from inoperation of the Tub Grinder (past, present, and future).

## Legal Interest and Costs

26.

LCG adopts and re-urges the allegations and information contained in Paragraphs 1-25

above.

27.

LCG requests legal interest from the date of judicial demand and all costs of these

proceedings.

WHEREFORE, premises considered, Plaintiff, LAFAYETTE CITY-PARISH

CONSOLIDATED GOVERNMENT ("LCG"), respectfully prays for the following:

4

(a) that Defendants be served with this petition and be duly cited to appear and answer these allegations;

(b) that, after due proceedings are had, judgment be rendered in favor of LCG and against Defendants, jointly and in solido, for the following:

    a. rescission of the sale of the Tub Grinder, with interest to be paid to LCG;
    b. a reasonable amount of damages to be fixed by the Court;
    c. attorneys' fees;
    d. legal interest from the date of judicial demand until paid; and
    e. all costs of court for these proceedings; and

(c) for all general and equitable relief deemed proper in the premises.

Respectfully submitted,

GIBSON LAW PARTNERS, LLC
Attorneys at Law

MICHAEL O. ADLEY (#37069)
ALAN W. STEWART (#34107)
2448 Johnston Street (70503)
Post Office Box 52124
Lafayette, LA 70505
Direct Dial: 337-761-6033
Facsimile: 337-761-6051
Email: michaeladley@gibsonlawpartners.com
Email: alanstewart@gibsonlawpartners.com
*Attorneys for plaintiff Lafayette City-Parish
Consolidated Government*

**PLEASE SERVE:**

**W. L. DOGGETT, LLC**
*Through registered agent:*
C T CORPORATION SYSTEM
3867 Plaza Tower Dr.
Baton Rouge, LA  70816

**MORBARK, LLC**
*Through registered agent:*
C T CORPORATION SYSTEM
3867 Plaza Tower Dr.
Baton Rouge, LA  70816

**CATERPILLAR, INC.**
*Through registered agent:*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

5

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT | * * * | CIVIL ACTION NO: |
| VERSUS | * * | JUDGE: |
| MORBARK, LLC, W.L. DOGGETT, LLC d/b/a DOGGETT MACHINERY SERVICES and CATERPILLAR, INC. | * * * * | MAGISTRATE JUDGE: |

* * * * * * * * * * * * * * * * * * * * * * * * *

### CONSENT TO REMOVAL

NOW INTO COURT, through undersigned counsel, comes W.L. DOGGETT, LLC, and

hereby gives notice, pursuant to 28 U.S.C. § 1446(B)(2)(A), that it consents to the removal of this

case from state court to federal court.

_____

General Counsel

ATTORNEYS FOR W.L. DOGGETT, LLC

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| LAFAYETTE CITY-PARISH | * | CIVIL ACTION NO: |
| CONSOLIDATED GOVERNMENT | * | |
| | * | |
| VERSUS | * | JUDGE: |
| | * | |
| MORBARK, LLC, W.L. DOGGETT, LLC | * | |
| d/b/a DOGGETT MACHINERY SERVICES | * | MAGISTRATE JUDGE: |
| and CATERPILLAR, INC. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### CONSENT TO REMOVAL

NOW INTO COURT, through undersigned counsel, comes MORBARK, LLC, and hereby

gives notice, pursuant to 28 U.S.C. § 1446(B)(2)(A), that it consents to the removal of this case

from state court to federal court.

/s/ Paul M. Lavelle
Paul M. Lavelle (08134)
plavelle@cottenschmidt.com
Sarah P. Reid (33311)
sreid@cottenschmidt.com
COTTEN SCHMIDT, LLP
650 Poydras Street, Suite 1950
New Orleans, Louisiana 70130
Telephone (504) 568.9393
Facsimile (504) 524.1933
ATTORNEYS FOR MORBARK, LLC