UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT**<br>*Plaintiff,* | CA NO.: 6:22-cv-00146 |
| **VERSUS** | DISTRICT JUDGE JUNEAU |
| **MORBARK, LLC, W.L. DOGGETT, LLC d/b/a DOGGETT MACHINERY SERVICES and CATERPILLAR, INC.**<br>*Defendants.* | MAG. JUDGE: WHITEHURST |

## CORPORATE DISCLOSURE STATEMENT MORBARK, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, MORBARK, LLC by and through their undersigned counsel, states that it is a Michigan limited liability company whose sole member is Alamo Group (USA) Inc., a Delaware corporation with its principal place of business in Texas. Alamo Group (USA) Inc. is wholly owned by Alamo Group Inc., a Delaware corporation that is a publicly traded corporation listed on the New York Stock Exchange and has no parent company or publicly held company owning 10% or more of its stock.

Respectfully submitted,

/s/ PAUL M. LAVELLE
PAUL M. LAVELLE (08134)
SARAH P. REID (33311)
Cotten Schmidt, L.L.P.
650 Poydras Street, Suite 1950
New Orleans, LA 70130
Telephone: (504) 568-9393
Facsimile: (504) 524-1933
plavelle@cottenschmidt.com
cacosta@cottenschmidt.com

**ATTORNEYS FOR MORBARK, LLC**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 8TH day of February, 2022 I presented the foregoing Corporate Disclosure Statement of MORBARK, LLC to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the counsel listed of record.

/s/ **PAUL M. LAVELLE**
**PAUL M. LAVELLE**