# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT** | **CASE NO. 6:22-CV-00146** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MORBARK L L C ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## MINUTES AND ORDER SETTING TRIAL

A telephone scheduling conference was held on February 17, 2022, starting at 10:00 a.m. and ending at 10:15 a.m.[1] Participating in the conference, along with the undersigned Magistrate Judge, were the following:

- Michael Adley on behalf of Lafayette City-Parish Consol. Government;

- Paul Lavelle and Sarah Reid on behalf of Morbark LLC;

- Vanessa Anseman and Michael Ishee on behalf of WL Doggett LLC; and

- Patrick O'Cain on behalf of Caterpillar Inc.

Following discussion, the parties agreed as to the following selected trial and pretrial conference dates. Accordingly,

---

[1] Statistical time: 15 minutes.

IT IS ORDERED that a jury trial is SET for March 13, 2023 before Judge Joseph. The pretrial conference is SET for February 23, 2023 at 10:00 a.m. in chambers with Judge Joseph.

Signed at Lafayette, Louisiana, this 17th day of February, 2022.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE