UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT | CIVIL ACTION NO: 6:22-CV-00146 |
| VERSUS | JUDGE DAVID C JOSEPH |
| MORBARK, LLC, W. L. DOGGETT, LLC d/b/a DOGGETT MACHINERY SERVICES AND CATERPILLAR, INC. | MAGISTRATE JUDGE WHITEHURST |

**<u>UNOPPOSED MOTION TO CONTINUE JURY TRIAL AND ALL DEADLINES</u>**

NOW INTO COURT, through undersigned counsel, comes and appears Plaintiff, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, who respectfully requests that the jury trial of this matter, which is scheduled for March 13, 2023, and all applicable deadlines be continued without date.

On February 22, 2022, this Honorable Court issued a Scheduling Order. The parties are currently in the process of scheduling expert testing. Upon completion of the testing the parties would like to schedule a settlement conference with Magistrate Judge Whitehurst. The parties believe a continuance of the trial date and all deadlines is warranted.

Counsel for all parties have been contacted and have no objection to the filing of this motion.

WHEREFORE, premises considered, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, respectfully request that this Honorable Court grant its Unopposed Motion to Continue Jury Trial and All Deadlines and continue the jury trial in this matter and all applicable deadlines without date.

Respectfully submitted,

GIBSON LAW PARTNERS, LLC
Attorneys at Law

*/s/ Michael O. Adley*
MICHAEL O. ADLEY - #37009
ALAN W. STEWART (#34107)
2448 Johnston Street (70503)
P.O. Box 52124
Lafayette, LA  70505
Telephone:  337-761-6025
Fax: 337-761-6061
Email:  jimgibson@gibsonlawpartners.com
Email:  michaeladley@gibsonlawpartners.com
*Attorneys for plaintiff Lafayette City-Parish Consolidated Government*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been served on counsel for all parties to the captioned matter electronically via the CM/ECF court system.

Signed in Lafayette, Louisiana, this 20th day of October, 2022.

*/s/ Michael O. Adley*
MICHAEL O. ADLEY
