UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT | CIVIL ACTION NO: 6:22-CV-00146 |
| VERSUS | JUDGE DAVID C JOSEPH |
| MORBARK, LLC, W. L. DOGGETT, LLC d/b/a DOGGETT MACHINERY SERVICES AND CATERPILLAR, INC. | MAGISTRATE JUDGE WHITEHURST |

## **ORDER**

Considering the foregoing Unopposed Motion to Continue Jury Trial and All Deadlines:

IT IS HEREBY ORDERED that the Unopposed Motion to Continue Jury Trial and All Deadlines is GRANTED. The jury trial in this matter and all applicable deadlines are hereby continued without date. .

Lafayette, Louisiana, this 21st day of October, 2022.

_____
HONORABLE CAROL B. WHITEHURST